AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) |
|---|---|
| v. | ) Case No. 2-21-mj-627 |
| John J. Kotchoski | ) |
| *Defendant* | ) |

**ORDER SCHEDULING A DETENTION HEARING**

A detention hearing in this case is scheduled as follows:

| Place: | Joseph P. Kinneary U.S. Courthouse<br>85 Marconi Blvd.<br>Columbus, OH 43215 | Courtroom No.: 183 |
|---|---|---|
| | | Date and Time: October 1, 2021 at 1:00 PM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: September 29, 2021

/s/ *Elizabeth A. Preston Deavers*
*Judge's signature*

U.S. Magistrate Judge Elizabeth Preston Deavers
*Printed name and title*