**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **CASE NO. 2:21-mj-627** |
| **v.** | |
| **JOHN J. KOTCHKOSKI,** | **MAGISTRATE JUDGE DEAVERS** |
| **Defendant.** | |

## ORDER

For the reasons set forth in the parties' joint motion, the Court finds that there is good cause to grant an extension of time in which to return an Indictment or file an Information, that the extension would best serve the interests of justice, and that the time is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A). Accordingly, the Court **GRANTS** an extension until January 31, 2022, to return an Indictment or Information pursuant to 18 U.S.C. § 3161(b).

**IT IS SO ORDERED.**

Date: December 27, 2021          _s/Elizabeth A. Preston Deavers_
                                 **ELIZABETH A. PRESTON DEAVERS**
                                 **UNITED STATES MAGISTRATE JUDGE**