IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

          **PLAINTIFF,**        Case Number: 2:21-mj-627

   **v.**

                                    Magistrate Judge Elizabeth P. Deavers

**JOHN J. KOTCHKOSKI,**

          **DEFENDANT.**

## ORDER

Upon the third joint motion, and for the reasons set forth in the joint motion, the Court hereby finds that there is good cause shown to grant an extension of time to return an Indictment or file an Information, that the extension would best serve the interests of justice, and that the time would be excludable, pursuant to 18 U.S.C. § 3161(h)(7)(A). Accordingly, the Court **GRANTS** an extension to **MARCH 2, 2022**, in which to return an Indictment or Information pursuant to 18 U.S.C. § 3161(b).

      **IT IS SO ORDERED.**

**DATE: January 24, 2022**                                /s/ *Elizabeth A. Preston Deavers*
                                                        **ELIZABETH A. PRESTON DEAVERS**
                                                        **UNITED STATES MAGISTRATE JUDGE**